Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.:  16−31718−MBK
                Chapter:  13
                Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   James E Sutton
   46 Tower Mountain Road
   Bernardsville, NJ 07924

Social Security No.:
   xxx−xx−1983

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 7/26/18.

     Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: July 26, 2018
JAN: bwj

                              Jeanne Naughton
                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 16-31718-MBK
James E Sutton                                                      Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1           Date Rcvd: Jul 26, 2018
                              Form ID: 148             Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 28, 2018.
db          +James E Sutton,   46 Tower Mountain Road,   Bernardsville, NJ 07924-1723
aty         +KML Law Group, PC,   216 Haddon Avenue,   Ste 406,   Collingswood, NJ 08108-2812
lm          +PNC BANK,   6 N Main Street,   Dayton, OH 45402-1908
516497722   +PNC Mortgage,   6 N Main Street,   Dayton, OH 45402-1908
516746775   +PNC Mortgage, a division of PNC Bank, NA,   Attn: Bankruptcy,   3232 Newmark Drive,
              Miamisburg, OH 45342-5421

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Jul 26 2018 22:52:04     U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 26 2018 22:52:03     United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
                                                                                             TOTAL: 2

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516497723        Spouse
lm*         +PNC Bank,   6 N. Main Street,   Dayton, OH 45402-1908
                                                                                   TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 26, 2018 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Loss Mitigation    PNC BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE GSAA HOME
               EQUITY TRUST 2006-20 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Kirsten B. Ennis    on behalf of Debtor James E Sutton pacerecf@ennislegal.com,
               r53278@notify.bestcase.com
                                                                                             TOTAL: 5